IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CHRISTOPHER MICHAEL OGDEN,<br>a/k/a CHRISTOPHER M. OGDEN,<br>a/k/a CHRISTOPHER OGDEN,<br>f/k/a CHRISTOPHER MICHAEL FELTS, and<br>MORGAN ELIZABETH HART OGDEN,<br>a/k/a MORGAN E. HART OGDEN,<br>a/k/a MORGAN HART OGDEN,<br>a/k/a MORGAN OGDEN,<br>a/k/a MORGAN ELIZABETH HART,<br>a/k/a MORGAN E. HART,<br>a/k/a MORGAN HART,<br>f/k/a MORGAN ELIZABETH HART FELTS,<br>d/b/a MorganFelts.com,<br>                       Debtors | CHAPTER 13<br><br>CASE NO.: 5:22-bk-01830-MJC |

## ORDER GRANTING
## MOTION TO SELL REAL PROPERTY OF THE ESTATE

Upon consideration of Debtor's Motion to Sell Real Property of the Estate: 836 Albert St., Dickson City, PA 18519, Dkt. # 36 ("Motion"), and Carrington Mortgage Services' Answer filed in response thereto, wherein it consented to the sale, it is hereby **ORDERED** that said Motion is **GRANTED**, and further that Debtor be and is hereby **AUTHORIZED** to execute any all documents necessary to complete the sale of 836 Albert St., Dickson City, PA 18519, for the sum of TWO HUNDRED EIGHTY-EIGHT THOUSAND FOUR HUNDRED DOLLARS AND 00/100 (**$288,400.00**) DOLLARS, to Nicholas Montero.

**IT IS FURTHER ORDERED** that distribution of the proceeds from the sale of the real estate at settlement, be made as follows:

    a.    Any out-of-pocket expenses advanced by or on behalf of Debtor and/or her realtors or closing agents in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement; then to

b. Any notarization, document preparation, mail or wire fees, and/or incidental recording fees associated with the sale of the above property; then to

c. Any transfer tax which is the responsibility of the Debtor; then to

d. Realtors' commissions in accordance with the applicable agreement of sale and law; then to

e. Attorneys' Fees of $750.00 to Newman Williams, P.C. for preparing, filing and serving the instant motion and resolving objections, if any; then to,

f. Any real estate taxes, tax liens and municipal liens; then to

g. The mortgage of Carrington Mortgage Services, LLC shall be paid in full subject to a proper and accurate payoff at the time of sale; then

h. Debtors on account of their exempt interest in the Property ($29,582.31); then

i. Standing Chapter 13 Trustee Jack N. Zaharopoulos, Esq., for distribution pursuant to Debtor's current Chapter 13 Plan; then

j. The remaining proceeds, if any, to Debtors.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 14, 2023